Aidan W. Butler (SBN 208399)
Attorney at Law
5455 Wilshire Boulevard, Suite 1809
Los Angeles, California 90036
Telephone: (323) 272-4472
Telecopier: (323) 272-4370
tocontactaidan@gmail.com

Attorneys for Plaintiff YOUSRA AL MADANI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSRA AL MADANI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GERARD FLANAGAN aka MIKE FLANAGAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 8:23-cv-02106 JWH (DFMx)<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**TO THE HONORABLE COURT HEREIN:**

Plaintiff YOUSRA AL MADANI, having entered into a settlement with Defendant resolving all of the matters arising in the above-captioned, now requests that this case be dismissed in its entirety with prejudice.

No defendants in this case have filed an answer or otherwise appeared.

DATED: March 21, 2024                              Respectfully submitted,

By: _____
Aidan W. Butler
Attorney for Plaintiff
YOUSRA AL MADANI