JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSRA AL MADANI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GERARD FLANAGAN aka MIKE FLANAGAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.: 8:23-cv-02106 JWH (DFMx)**<br><br>**ORDER** |

|   |   |
|---|---|
| 1 | The Court, having reviewed Plaintiff's request for dismissal, and in |
| 2 | accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby |
| 3 | **ORDERS** that the above-captioned matter is **DISMISSED** in its entirety **with** |
| 4 | **prejudice**. |
| 5 | **IT IS SO ORDERED.** |

DATED: March 21, 2024

By: _____
JUDGE OF THE U.S. DISTRICT COURT